Eric Tutton

From: Tim McCann [TMcCann@nitorsi.com]
Sent: Monday, November 11, 2013 4:31 PM
To: Eric Tutton
Subject: RE: **UPDATE**

I got Clay to grab your PST files today -- you are good.

Tim McCann
Chief Technology Officer/Chief Operating Officer

NITOR SOLUTIONS

*Transforming Technology Into Competitive Advantage*
e: tmccann@nitorsi.com | w: www.nitorsi.com | p: 888-357-8880 ext. 130
Network Operations Center (NOC) | p: 888-357-8880

NOTICE: The information contained in this email and any document attached hereto is intended only for the named recipient(s). If you are not the intended recipient, nor the employee or agent responsible for delivering this message in confidence to the intended recipient(s), you are hereby notified that you have received this transmittal in error, and any review, dissemination, distribution or copying of this transmittal or its attachments is strictly prohibited. If you have received this transmittal and/or attachments in error, please notify me immediately by reply e-mail and then delete this message, including any attachments.

From: Eric Tutton [mailto:etutton@triad.rr.com]
Sent: Friday, November 08, 2013 9:04 PM
To: Tim McCann
Subject: RE: **UPDATE**

Yes, I was wondering if I need to dump everything. That will be good. I have a lot of emails.

From: Tim McCann [mailto:TMcCann@nitorsi.com]
Sent: Friday, November 08, 2013 8:32 PM
To: etutton
Subject: Re: **UPDATE**

Also we can help you export your contacts and mail before you turn I. Your notice.

Sent from my iPhone

On Nov 8, 2013, at 7:29 PM, "etutton" <etutton@triad.rr.com> wrote:

> Got ya. Thanks.
>
> Sent from my Verizon Wireless 4G LTE Smartphone
>
> -------- Original message --------
> From: Tim Smith <TSmith@nitorsi.com>
> Date: 11/08/2013 6:59 PM (GMT-05:00)
> To: etutton <etutton@triad.rr.com>, Tim McCann <TMcCann@nitorsi.com>
> Subject: RE: **UPDATE**
>
> The title is pretty open.

1

TUTTON 000026

EXHIBIT D

Eric Tutton

| | |
|---|---|
| From: | Tim McCann [TMcCann@nitorsi.com] |
| Sent: | Wednesday, November 13, 2013 6:03 PM |
| To: | Eric Tutton |
| Cc: | Tim Smith |
| Subject: | Re: Data Center Work |

Sounds good or we can do it tonight.

Sent from my iPhone

On Nov 13, 2013, at 5:45 PM, "Eric Tutton" <etutton@triad.rr.com> wrote:

> I should be there around 7:30. I am heading to Charlotte around 9:00am so earlier the better for me. Just let me know.
>
> From: Tim McCann [mailto:TMcCann@nitorsi.com]
> Sent: Wednesday, November 13, 2013 5:40 PM
> To: Eric Tutton
> Cc: Tim Smith
> Subject: RE: Data Center Work
>
> Are you going to be in the office tomorrow? I can't get connected remotely either – so something is going on over there if you can't get to your VM either. If you are going to be onsite, do you think we can get a remote session on your PC? We may be able to RDP into that VM and grab your .pst file.
>
> Tim McCann
> Chief Technology Officer/Chief Operating Officer
> <image001.png>
> *Transforming Technology Into Competitive Advantage*
> o: tmccann@nitorsi.com | w: www.nitorsi.com | p: 888-357-8880 ext. 130
> Network Operations Center (NOC) | p: 888-357-8880
>
> NOTICE: The information contained in this email and any document attached hereto is intended only for the named recipient(s). If you are not the intended recipient, nor the employee or agent responsible for delivering this message in confidence to the intended recipient(s), you are hereby notified that you have received this transmittal in error, and any review, dissemination, distribution or copying of this transmittal or its attachments is strictly prohibited. If you have received this transmittal and/or attachments in error, please notify me immediately by reply e-mail and then delete this message, including any attachments.
>
> From: Eric Tutton [mailto:etutton@triad.rr.com]
> Sent: Wednesday, November 13, 2013 4:37 PM
> To: Tim Smith; Tim McCann
> Subject: Data Center Work
>
> I meet with an old customer of mine that is now CIO at a new large location in Winston. He told me they are upgrading their servers and storage. I think they may have already purchased the stuff but may be worth checking on soon and seeing if we can get in on it. I will be quoting some audio video work, Camera System, Paging and misc work early next week. I know you guys are busy but do you have time to meet Friday morning to discuss some things?
>
> Thanks,
>
> Eric

1

TUTTON 000038

Case 1:14-cv-00874-UA-JLW   Document 2-4   Filed 10/17/14   Page 2 of 7

Eric Tutton

From: Eric Tutton [etutton@triad.rr.com]
Sent: Wednesday, November 13, 2013 4:20 PM
To: 'Tim McCann'
Subject: RE: Products that we can offer soon

My VM is not connecting now for some reason.

From: Tim McCann [mailto:TMcCann@nitorsi.com]
Sent: Wednesday, November 13, 2013 4:16 PM
To: Eric Tutton
Subject: RE: Products that we can offer soon

Eric – I have your contacts uploaded, but I can't get your mail to move. Can you grab the .pst file off the C: drive on your VM? All your mail has been converted to a .pst file. Also, don't forget to grab your stuff off the O: drive.

Tim McCann
Chief Technology Officer/Chief Operating Officer

**NITOR SOLUTIONS**

*Transforming Technology Into Competitive Advantage*
e: tmccann@nitorsi.com | w: www.nitorsi.com | p: 888-357-8880 ext. 130
Network Operations Center (NOC) | p: 888-357-8880

NOTICE: The information contained in this email and any document attached hereto is intended only for the named recipient(s). If you are not the intended recipient, nor the employee or agent responsible for delivering this message in confidence to the intended recipient(s), you are hereby notified that you have received this transmittal in error, and any review, dissemination, distribution or copying of this transmittal or its attachments is strictly prohibited. If you have received this transmittal and/or attachments in error, please notify me immediately by reply e-mail and then delete this message, including any attachments.

From: Eric Tutton [mailto:etutton@triad.rr.com]
Sent: Tuesday, November 12, 2013 7:26 PM
To: Tim Smith
Cc: Tim McCann
Subject: Products that we can offer soon

Hi Guys,

Here are a few products that we will be offering very soon. Also below are links on licensing.

Access Control http://www.alphone.com/home/

Access Control http://s2sys.com/

Video Management Software https://www.exacq.com/

Video Management Software http://www.milestonesys.com/

IP Cameras http://www.axis.com/

Paging and Mass notifications http://www.valcom.com/

Paging and Mass notification http://www.bogen.com/

1

TUTTON 000046

DAS Systems http://www.accu-tech.com/das/

Visitor Management Software https://www.hidglobal.com/visitor-management/turnkey

Security License Info below . I also have someone to assist us in this process. http://www.ncdoj.com/About-DOJ/Law-Enforcement-Training-and-Standards/Alarm-System-Licensing.aspx

Low Voltage training class at ADI. We will need to check with ADI Greensboro and get a class scheduled. http://w6.adi-dist.com/_shared/flyers/documents/ntc-training_000.pdf

LV licensing

http://www.ncga.state.nc.us/EnactedLegislation/Statutes/HTML/ByChapter/Chapter_74D.html

http://www.ncbeec.org/

Info on testing center http://www.contractorexam.com/NC_E_LV.htm

I can handle all the licensing but as I said it will take a little time. I have access to a LV and Security license for the install portion but anyone who sales, discusses security design is violating the law per the NC licensing board. We need to be careful not to solicit that we provide Security Services until we are fully licensed.

More details to come

If you have any questions let me know.

Thanks,

Eric

2

TUTTON 000047

Case 1:14-cv-00874-UA-JLW   Document 2-4   Filed 10/17/14   Page 4 of 7

Eric Tutton

From: Eric Tutton [etutton@triad.rr.com]
Sent: Wednesday, November 13, 2013 4:19 PM
To: 'Tim McCann'
Subject: RE: Products that we can offer soon

Let me check. Im looking now

From: Tim McCann [mailto:TMcCann@nitorsl.com]
Sent: Wednesday, November 13, 2013 4:16 PM
To: Eric Tutton
Subject: RE: Products that we can offer soon

Eric – I have your contacts uploaded, but I can't get your mail to move. Can you grab the .pst file off the C: drive on your VM? All your mail has been converted to a .pst file. Also, don't forget to grab your stuff off the O: drive.

Tim McCann
Chief Technology Officer/Chief Operating Officer

**NITOR SOLUTIONS**

*Transforming Technology Into Competitive Advantage*
e: tmccann@nitorsl.com | w: www.nitorsl.com | p: 888-357-8880 ext. 130
Network Operations Center (NOC) | p: 888-357-8880

NOTICE: The information contained in this email and any document attached hereto is intended only for the named recipient(s). If you are not the intended recipient, nor the employee or agent responsible for delivering this message in confidence to the intended recipient(s), you are hereby notified that you have received this transmittal in error, and any review, dissemination, distribution or copying of this transmittal or its attachments is strictly prohibited. If you have received this transmittal and/or attachments in error, please notify me immediately by reply e-mail and then delete this message, including any attachments.

From: Eric Tutton [mailto:etutton@triad.rr.com]
Sent: Tuesday, November 12, 2013 7:26 PM
To: Tim Smith
Cc: Tim McCann
Subject: Products that we can offer soon

Hi Guys,

Here are a few products that we will be offering very soon. Also below are links on licensing.

Access Control http://www.aiphone.com/home/

Access Control http://s2sys.com/

Video Management Software https://www.exacq.com/

Video Management Software http://www.milestonesys.com/

IP Cameras http://www.axis.com/

Paging and Mass notifications http://www.valcom.com/

Paging and Mass notification http://www.bogen.com/

1

TUTTON 000048

Eric Tutton
_____

From: Tim McCann [TMcCann@nitorsi.com]
Sent: Wednesday, November 13, 2013 6:04 PM
To: Eric Tutton
Subject: Re: Data Center Work

Can you send me your cell again? I will have clay reach out in the morning. He knows where the file is.

Sent from my iPhone

On Nov 13, 2013, at 5:45 PM, "Eric Tutton" <etutton@triad.rr.com> wrote:

> I should be there around 7:30. I am heading to Charlotte around 9:00am so earlier the better for me. Just let me know.
>
> From: Tim McCann [mailto:TMcCann@nitorsi.com]
> Sent: Wednesday, November 13, 2013 5:40 PM
> To: Eric Tutton
> Cc: Tim Smith
> Subject: RE: Data Center Work
>
> Are you going to be in the office tomorrow? I can't get connected remotely either -- so something is going on over there if you can't get to your VM either. If you are going to be onsite, do you think we can get a remote session on your PC? We may be able to RDP into that VM and grab your .pst file.
>
> Tim McCann
> Chief Technology Officer/Chief Operating Officer
> <image001.png>
> *Transforming Technology Into Competitive Advantage*
> e: tmccann@nitorsi.com | w: www.nitorsi.com | p: 888-357-8880 ext. 130
> Network Operations Center (NOC) | p: 888-357-8880
>
> NOTICE: The information contained in this email and any document attached hereto is intended only for the named recipient(s). If you are not the intended recipient, nor the employee or agent responsible for delivering this message in confidence to the intended recipient(s), you are hereby notified that you have received this transmittal in error, and any review, dissemination, distribution or copying of this transmittal or its attachments is strictly prohibited. If you have received this transmittal and/or attachments in error, please notify me immediately by reply e-mail and then delete this message, including any attachments.
>
> From: Eric Tutton [mailto:etutton@triad.rr.com]
> Sent: Wednesday, November 13, 2013 4:37 PM
> To: Tim Smith; Tim McCann
> Subject: Data Center Work
>
> I meet with an old customer of mine that is now CIO at a new large location in Winston. He told me they are upgrading their servers and storage. I think they may have already purchased the stuff but may be worth checking on soon and seeing if we can get in on it. I will be quoting some audio video work, Camera System, Paging and misc work early next week. I know you guys are busy but do you have time to meet Friday morning to discuss some things?
>
> Thanks,
>
> Eric

1

TUTTON 000051

Case 1:14-cv-00874-UA-JLW   Document 2-4   Filed 10/17/14   Page 6 of 7

Eric Tutton

**From:** Tim McCann [TMcCann@nitorsi.com]
**Sent:** Thursday, November 14, 2013 9:32 AM
**To:** etutton
**Subject:** RE: Files

Sweet – were you able to copy them off to your external drive?

Tim McCann
Chief Technology Officer/Chief Operating Officer

 NITOR SOLUTIONS

*Transforming Technology Into Competitive Advantage*
e: tmccann@nitorsi.com | w: www.nitorsi.com | p: 888-357-8880 ext. 130
Network Operations Center (NOC) | p: 888-357-8880

NOTICE: The information contained in this email and any document attached hereto is intended only for the named recipient(s). If you are not the intended recipient, nor the employee or agent responsible for delivering this message in confidence to the intended recipient(s), you are hereby notified that you have received this transmittal in error, and any review, dissemination, distribution or copying of this transmittal or its attachments is strictly prohibited. If you have received this transmittal and/or attachments in error, please notify me immediately by reply e-mail and then delete this message, including any attachments.

**From:** etutton [mailto:etutton@triad.rr.com]
**Sent:** Thursday, November 14, 2013 9:27 AM
**To:** Tim McCann
**Subject:** Files

I got the files.

Thanks,

Eric Tutton
Ken-Nect Communications
336.918.8568 cell.

1

TUTTON 000053

Case 1:14-cv-00874-UA-JLW   Document 2-4   Filed 10/17/14   Page 7 of 7