IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| KNC TECHNOLOGIES, LLC, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) ) Civil Action No.1:14-cv-874 |
| NITOR SOLUTIONS, INCORPORATED | ) ) ) ) |
| Defendant. | ) ) |

**REDACTED VERSIONS OF EXHIBITS 2 AND 4 OF THE DECLARATION OF ANDREW FITZGERALD PURSUANT TO LOCAL RULE 5.4**

1

# EXHIBIT 2

**Meg Shipley**

| | |
|---|---|
| **From:** | Ethics Advice <ethicsadvice@ncbar.gov> |
| **Sent:** | Tuesday, September 30, 2014 4:17 PM |
| **To:** | Meg Shipley |
| **Subject:** | |



**From:** Meg Shipley [mailto:MShipley@webllp.com]
**Sent:** Tuesday, September 30, 2014 2:38 PM
**To:** Ethics Advice
**Cc:** Andy Fitzgerald

3



# EXHIBIT 4

# Andy Fitzgerald

**From:** Erictutton <erictutton@gmail.com>
**Sent:** Thursday, November 06, 2014 9:58 PM
**To:** Andy Fitzgerald

-------- Original message --------
From: Andy Fitzgerald <AFitzgerald@webllp.com>
Date:11/06/2014 9:43 PM (GMT-05:00)
To: Eric Tutton <erictutton@gmail.com>

**From:** Andy Fitzgerald <AFitzgerald@webllp.com>
**Date:** November 6, 2014 at 9:39:33 PM EST
**To:** Eric Tutton <etutton@triad.rr.com>, Tim Smith <TSmith@nitorsi.com>



**From:** Andy Fitzgerald <AFitzgerald@webllp.com>
**Date:** October 10, 2014 at 4:26:02 PM EDT
**To:** Erictutton <erictutton@gmail.com>, "Tim Smith (TSmith@nitorsi.com)" <TSmith@nitorsi.com>, Meg Shipley <MShipley@webllp.com>, Andy Fitzgerald <AFitzgerald@webllp.com>, Chelsea Jennings <CJennings@webllp.com>

